UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PABLO CASTELLANOS-HERNANDEZ | : | CASE NO. 3:22 CV 00728 (OAW) |
| | : | |
| v. | : | |
| | : | |
| SUBURBAN SUBARU, INC. | : | |
| | : | OCTOBER 6, 2022 |

## **DEFENDANT'S RENEWED MOTION TO DISMISS**

This is a dispute concerning Plaintiff's purchase and financing of a motor vehicle from Defendant. The Defendant filed a 12(b)(6) Motion to Dismiss to address Plaintiff's failure to state a claim upon which relief can be granted in their Complaint on August 19, 2022. *See* Defendant's Motion to Dismiss, ECF No 12; Defendant's Memorandum in Support of Motion to Dismiss, ECF No 13. The Plaintiff, in lieu of responding to Defendant's Motion to Dismiss, filed an Amended Complaint on September 22, 2022. *See* Amended Complaint, ECF No. 22. The original Complaint was amended to include references to specific statutes, rearranged the Counts upon which they seek relief, and amended a few factual allegations, but did not substantively dispense of the Defendant's Motion to Dismiss. Even after amendment, the allegations of Plaintiff's Amended Complaint remain deficient, fail to state several claims upon which relief can be granted, and must be dismissed. In light of such deficiencies, the Defendant hereby submits a Renewed Motion to Dismiss. As more fully briefed in Defendant's accompanying memorandum of law, Plaintiff's claims in their Amended Complaint must still be dismissed for the following reasons:

1. The First Count, alleging violation of the Equal Credit Opportunity Act ("ECOA"), 15 U.S.C. § 1691 *et seq.*, fails to plead material allegations of unlawful discrimination by

1

Defendant based on Plaintiff's marital status and fails to plead facts demonstrating the applicability of ECOA's notice requirements.

2. The Second Count, alleging violation of the Retail Installment Sales Financing Act ("RISFA"), Conn. Gen. Stat. § 36a-770 *et seq*., fails to allege a repossession has occurred within the meaning of the RISFA, fails to allege a violation of RISFA's notice requirements, and fails to allege a violation of Plaintiff's redemption rights under the RISFA.

3. The Third Count, alleging violation of the Uniform Commercial Code ("UCC"), must be dismissed because it fails to allege a repossession has occurred within the meaning of the UCC, and fails to plead facts sufficient to determine the UCC's applicability to the subject transaction.

4. The Fourth Count, alleging violation of the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 *et seq*., fails to state a cognizable claim of violation of TILA or its regulations.

5. The Fifth Count, also alleging violation of TILA, must be dismissed because it fails to plead facts sufficient to determine the TILA's applicability to the subject transaction.

6. The Sixth Count, alleging violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a *et seq*., must be dismissed because because it cites statutes for which violations do not give rise to liability under CUTPA and/or are inapplicable to the facts alleged, and because it otherwise fails to allege facts sufficient to state a cognizable CUTPA claim.

WHEREFORE, for these reasons, the Court should dismiss the First, Second, Third, Fourth, Fifth and Sixth Counts of the Complaint.

Respectfully submitted,

DEFENDANT,
SUBURBAN SUBARU, INC.

By: /s/ *Joshua A. Hawks-Ladds*
    Joshua A. Hawks-Ladds (ct09446)
    Jhawks-ladds@pullcom.com
    Pullman & Comley, LLC
    90 State House Square
    Hartford, CT 06103
    Tel. (860) 541-3306
    Tel. (860) 424-4372
    Fax (860) 424-4370

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

    */s/ Joshua A. Hawks-Ladds*
    Joshua A. Hawks-Ladds