UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PABLO CASTELLANOS-HERNANDEZ ) | CIVIL ACTION NO. |
|    Plaintiff ) | 3:22-CV-00728-OAW |
| ) | |
| v. ) | |
| ) | |
| SUBURBAN SUBARU, INC. ) | |
|    Defendant ) | |
| ) | JULY 3, 2024 |

MOTION FOR EXTENSION OF TIME TO FILE
A STIPULATION OF DISMISSAL OR MOVE TO REOPEN

Plaintiff, Pablo Castellanos-Hernandez, respectfully moves for a thirty day extension of time, or until August 7, 2024, to move to reopen the case or file a stipulation of dismissal. The current deadline is July 8, 2024.

Good cause exists for the granting of this motion. The parties reached an agreement on the final wording of the settlement on June 24, 2024 and additional time is required to arrange signatures and for payment to be made.

This is the first extension request with respect to this deadline. Counsel for the defendant consents to the extension.

PLAINTIFF, PABLO CASTELLANOS-HERNANDEZ

By /s/ *Daniel S. Blinn*
      Daniel S. Blinn (ct 02188)
      Consumer Law Group, LLC
      35 Cold Spring Road, Suite 512
      Rocky Hill, CT 06067
      Tel: (860) 571-0408
      Fax: (860) 571-7457
      dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on July 3, 2024, a copy of foregoing Motion for Extension was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ *Daniel S. Blinn*
      Daniel S. Blinn