UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PABLO CASTELLANOS-HERNANDEZ ) | CIVIL ACTION NO. |
|    Plaintiff ) | 3:22-CV-00728-OAW |
| ) | |
| v. ) | |
| ) | |
| SUBURBAN SUBARU, INC. ) | JULY 17, 2024 |
|    Defendant ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Pablo Castellanos-Hernandez, through his attorney, and the defendant, Suburban Subaru, Inc., through their attorneys, hereby stipulate that the plaintiff's claims shall be dismissed with prejudice and without costs or attorney's fees.

                          PLAINTIFF, PABLO CASTELLANOS-HERNANDEZ

                          By: /s/ *Daniel S. Blinn*
                               Daniel S. Blinn, ct02188
                               dblinn@consumerlawgroup.com
                               Consumer Law Group, LLC
                               35 Cold Spring Rd., Suite 512
                               Rocky Hill, CT  06067
                               Tel. (860) 571-0408
                               Fax. (860) 571-7457

                          DEFENDANT, SUBURBAN SUBARU, INC.

                          By: */s/ Joshua A. Hawks-Ladds*
                                Joshua A. Hawks-Ladds (ct09446)
                                Jhawks-ladds@pullcom.com
                                Bianca LoGiurato (ct31395)
                                blogiurato@pullcom.com
                                Pullman & Comley, LLC
                                90 State House Square
                                Hartford, CT 06103
                                Tel. (860) 541-3306
                                Fax (860) 424-4370

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                */s/ Daniel S. Blinn*
                                Daniel S. Blinn